JUSTICE HUNT
dissenting.
I dissent. The result of the majority opinion is to dissolve the arbitration agreement between the parties by allowing either party to deny a grievance existed and that there is nothing to arbitrate. It is clear to me that § 39-31-101, MCA, which states that it is the policy of the State of Montana to encourage the practice and procedure of collective bargaining to arrive at friendly adjustment of all disputes between public employers and their employees to promote public business by removing certain recognized sources of strife and unrest, was meant for these facts and this type of controversy. The working conditions for the teachers are certainly changed and come within the meaning of § 39-31-103(10), MCA, which provides for arbitration for a controversy that concern the terms, tenure, or conditions of employment between the parties.